| | |
|---|---|
| 1 | ANTHONY J. DECRISTOFORO, SBN 166171 |
| 2 | anthony.decristoforo@ogletree.com |

ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

GREGORY R. DE LA PEÑA (SBN 126626)
ROBERT CARROLL (SBN 314345)
Email: rcarroll@dlphlaw.com
DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, California 94111
Telephone:   (415) 268-8000
Facsimile:    (415) 268-8180

Attorneys for Defendant
ROBERT PETREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PETREE and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO. 2:18-CV-03274-JAM-KJN <br><br> **ASSIGNED TO THE HONORABLE JOHN A. MENDEZ** <br><br> **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER, TO ALLOW FILING OF FIRST AMENDED COMPLAINT, AND TO CONTINUE TRIAL** <br><br> Complaint Filed:    12/27/2018 <br> Trial Date:              08/03/2020 |

155637 Pursuant to Local Rule 143 and in accordance with the instructions provided by the Court, 2:18-cv-03274-JAM-KJN
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER, TO ALLOW FILING
OF FIRST AMENDED COMPLAINT, AND TO CONTINUE TRIAL

the Plaintiff Arthur J. Gallagher ("GALLAGHER") and Defendant Robert Petree (collectively, the "Parties") hereby stipulate and ask the Court to grant GALLAGHER leave to file a first amended complaint, and for the Court to Order that the deadlines in the scheduling order entered on March 25, 2019 (ECF No. 9) be continued pursuant to the Court's provided dates below, or as soon thereafter as is convenient for the Court. Specifically, the Parties stipulate and request the Court order as follows:

1.) That GALLAGHER be permitted leave to amend its complaint and file a First Amended Complaint, in the form attached hereto as Exhibit A ("First Amended Complaint"), as requested in GALLAGHER's "Motion to Modify Scheduling Order and For Leave To Amend The Complaint" ("GALLAGHER MOTION").

2.) That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No.9, hereinafter "SCHEDULING ORDER") be amended to allow for the filing and service of a first amended complaint as requested in the GALLAGHER MOTION.

3.) That the SCHEDULING ORDER be modified to extend the dispositive motion deadline to November 10, 2020, with hearing on such motions taking place on December 8, 2020 at 1:30 p.m.

4.) That the SCHEDULING ORDER be modified to extend the discovery cut-off to October 23, 2020.

5.) That the SCHEDULING ORDER be modified to extend the deadline for expert witness disclosures to July 21, 2020, and for supplemental disclosure and disclosure of rebuttal experts under Fed. R. Civ. Pc. 26(a)(2)(c) be extended to September 4, 2020.

6.) That the SCHEDULING ORDER be modified to continue the pre-trial conference to January 29, 2021 at 10:00 a.m. Joint pretrial statement will be due January 22, 2021.

7.) That the SCHEDULING ORDER be modified to continue jury trial in this matter to March 1, 2021.

Amendment of a pleading may be granted by stipulation of an "opposing party." Fed. R.

Civ. P. 15(a)(2). "[A] court may at any time, on just terms add or drop a party." Fed. R. Civ. P. 21. "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F. 2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified "if it cannot reasonably be met despite the diligence of the party seeking the extension." Zikovic v. Southern California Edison Co., 302 F. 3d 1080, 1087. (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607.)

Good cause exists for the relief sought by this stipulation and proposed Order. The GALLAGHER MOTION - which seeks leave for GALLAGHER to amend its Complaint to join HUB International Services Inc. ("HUB") as a defendant, assert trade secret misappropriation claims against Defendant Robert Petree and HUB, and assert additional claims against Defendant Robert Petree based upon new evidence obtained by GALLAGHER through discovery- seeks relief that will significantly expand the scope of discovery and other pre-trial preparation for existing parties, and will bring HUB into highly complex litigation without sufficient time to prepare for trial. Existing parties would be prejudiced without an opportunity to adequately prepare for trial, participate in discovery, and engage in any necessary motion practice in light of new allegations and claims raised in the GALLAGHER MOTION, and HUB would be prejudiced by an inability to participate in deposition and other discovery currently calendared to take place in February 2020. Existing parties will be prejudiced if their personnel are required to appear at deposition at currently noticed dates, and then again once HUB appears. Finally, an order granting the relief sought by this stipulation and proposed order would render further briefing, hearing, or determination on the GALLAGHER MOTION unnecessary, and would be the most efficient use of this Court's and the existing parties' resources. Parties consulted this Court prior to filing the stipulation, and the relief requested is pursuant to dates of extension provided by this Court.

For these reasons, the parties ask the Court to grant the relief sought in the above stipulation pursuant to the court's instructions. In the event that the Court does not find good cause to grant any portion of the relief sought by this application Defendant Robert Petree reserves all rights with respect to any opposition to or motion filed in response to the GALLAGHER MOTION.

Respectfully Submitted,

Dated: February 4, 2020        DE LA PEÑA & HOLIDAY, LLP


By_____
   Gregory R. de la Peña
   Robert Carroll III
   Attorney for Defendant ROBERT PETREE


Dated: February 4, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.


By_____
   Anthony J. DeCristoforo
   Daniel Richardson
   Attorneys for Plaintiff ARTHUR J. GALLAGHER & CO.

**IT IS SO ORDERED.**

1.) That GALLAGHER's First Amended Complaint is deemed filed with this Court as of the date of this Order.

2.) That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No.9) be amended to allow for service of the First Amended Complaint on HUB.

3.) That the SCHEDULING ORDER be modified to extend the dispositive motion deadline to November 10, 2020, with hearing on such motions taking place on December 8, 2020 at 1:30 p.m.

4.) That the SCHEDULING ORDER be modified to extend the discovery cut-off to October 23, 2020.

5.) That the SCHEDULING ORDER be modified to extend the deadline for expert witness disclosures to July 21, 2020, and for supplemental disclosure and disclosure of rebuttal experts under Fed. R. Civ. Pc. 26(a)(2)(c) be extended to September 4, 2020.

6.) That the SCHEDULING ORDER be modified to continue the pre-trial conference to January 29, 2021 at 10:00 a.m. Joint pretrial statement will be due January 22, 2021.

7.) That the SCHEDULING ORDER be modified to continue jury trial in this matter to March 1, 2021.

DATED: 2/6/2020 /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

41698465.1

41707524.1