GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
THOMAS J. O'BRIEN (SBN 274969)
Email: tobrien@dlphlaw.com
ROBERT CARROLL III (SBN 314345)
Email: rcarroll@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
One Embarcadero Center, Suite 2860
San Francisco, CA  94111
Telephone:    (415) 268-8000
Facsimile:     (415) 268-8180

Attorneys for Defendants
ROBERT PETREE and HUB INTERNATIONAL
INSURANCE SERVICES, INC.

ANTHONY J. DECRISTOFOR (SBN 166171)
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:    (916) 840-3150
Facsimile:     (415) 840-3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

**DE LA PEÑA & HOLIDAY LLP**
One Embarcadero Center, Suite 2860
San Francisco, CA  94111
Tel. (415) 268-8000 Fax" (415) 268-8180

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO. 2:18-CV-03274-JAM-KJN <br><br> **ASSIGNED TO THE HONORABLE JOHN A. MENDEZ** <br><br> **AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE DISCOVERY AND RELATED DEADLINES** <br><br> Complaint Filed:          12/27/2018 <br> F.A.C. Filed:               02/06/2020 <br> Trial Date:                  03/01/2021 |

## JOINT STIPULATION

Plaintiff ARTHUR J. GALLAGHER & CO. ("PLAINTIFF") and Defendants ROBERT

PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC. ("DEFENDANTS") (PLAINTIFF and DEFENDANTS, collectively "PARTIES"), hereby stipulate and ask the Court to Order that various deadlines in the scheduling order, entered on March 25, 2019 (ECF No. 9) and modified by this Court on February 6, 2020 (ECF No. 16) be continued to the dates provided below, or as soon thereafter as is convenient for the Court. Specifically, the PARTIES stipulate and request the Court order as follows:

1. That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No. 9, hereinafter "SCHEDULING ORDER") be modified to extend the deadline for discovery to March 26, 2021;

2. That the SCHEDULING ORDER be modified to extend the deadline for supplemental expert disclosure and disclosure of rebuttal experts under Fed. R. Civ. Proc. 26(a)(2)(c)) to February 12, 2021;

3. That the SCHEDULING ORDER be modified to extend the deadline for filing dispositive motions to April 20, 2021, with hearing on such motions taking place on May 18, 2021 at 1:30 p.m.;

4. That the SCHEDULING ORDER be modified to extend the deadline for the filing of the joint pretrial statement to June 18, 2021;

5. That the SCHEDULING ORDER be modified to continue the pretrial conference to June 25, 2021 at 11:00 a.m.;

6. That the SCHEDULING ORDER be modified to continue jury trial in this matter to August 9, 2021 at 9:00 a.m.

///
///
///
///
///
///
///

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE DISCOVERY AND EXPERT DEADLINES

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax" (415) 268-8180

Good cause exists for the relief sought by this stipulation and proposed order. Discovery has been delayed in part due to the ongoing COVID-19 pandemic, which has made it difficult to conduct necessary depositions and obtain other discovery. For these reasons, the PARTIES ask the Court to grant the relief sought in the above stipulation.

**IT IS SO STIPULATED.**

Dated: September 21, 2020                    DE LA PEÑA & HOLIDAY, LLP


                                             /S/ GREGORY R. DE LA PEÑA
                                             GREGORY R. DE LA PEÑA
                                             THOMAS J. O'BRIEN
                                             ROBERT CARROLL III
                                             Attorneys for Defendants
                                             ROBERT PETREE and HUB
                                             INTERNATIONAL INSURANCE
                                             SERVICES, INC.


Dated: September 21, 2020                    OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.


                                             /S/ DANIEL E. RICHARDSON
                                             Anthony J. DeCristoforo
                                             Daniel Richardson
                                             Attorneys for Plaintiff ARTHUR J.
                                             GALLAGHER & CO.

**IT IS SO ORDERED:**

1. That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No. 9, hereinafter "SCHEDULING ORDER") be modified to extend the discovery cut-off to March 26, 2021.

2. That the SCHEDULING ORDER be modified to extend the deadline for supplemental expert disclosure and disclosure of rebuttal experts under Fed. R. Civ. Proc. 26(a)(2)(c) to February 12, 2021;.

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax" (415) 268-8180

3. That the SCHEDULING ORDER be modified to extend the deadline for filing dispositive motions to April 20, 2021, with hearing on such motions taking place on May 18, 2021 at 1:30 p.m.;

4. That the SCHEDULING ORDER be modified to extend the deadline for the filing of the joint pretrial statement to June 18, 2021;

5. That the SCHEDULING ORDER be modified to continue the pretrial conference to June 25, 2021 at 11:00 a.m.;

6. That the SCHEDULING ORDER be modified to continue jury trial in this matter to August 9, 2021 at 9:00 a.m.

DATED:   9/24/2020                    /s/ John A. Mendez_____
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE