GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
THOMAS J. O'BRIEN (SBN 274969)
Email: tobrien@dlphlaw.com
ROBERT CARROLL III (SBN 314345)
Email: rcarroll@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
One Embarcadero Center, Suite 2860
San Francisco, CA  94111
Telephone:     (415) 268-8000
Facsimile:      (415) 268-8180

Attorneys for Defendants
ROBERT PETREE and HUB INTERNATIONAL
INSURANCE SERVICES, INC.

ANTHONY J. DECRISTOFOR (SBN 166171)
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:     (916) 840-3150
Facsimile:      (415) 840-3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., <br><br>Plaintiff, <br><br>v. <br><br>ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive, <br><br>Defendants. | CASE NO. 2:18-CV-03274-JAM-KJN <br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ** <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PARTIES' RESPECTIVE MOTIONS TO COMPEL FURTHER RESPONSE TO DISCOVERY** <br><br>Complaint Filed:         12/27/2018 <br>F.A.C. Filed:               02/06/2020 <br>Trial Date:                   03/01/2021 |

## JOINT STIPULATION

Plaintiff ARTHUR J. GALLAGHER & CO. ("PLAINTIFF") and Defendants ROBERT

PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC. ("DEFENDANTS") (PLAINTIFF and DEFENDANTS, collectively "PARTIES"), hereby stipulate and ask the Court to Order the following in regards to the Parties' respective motions to compel further discovery, presently set to be heard on November 5, 2020:

1. WHEREAS, Plaintiff filed its MOTION to COMPEL Answers to Interrogatories and Requests for Production ("Plaintiff's Motion") on September 20, 2020, originally set to be heard on October 22, 2020;

2. WHEREAS, Defendant filed its MOTION TO COMPEL Further Response to Requests for Production of Documents and Interrogatories ("Defendant's Motion"), originally set to be heard on November 5, 2020;

3. WHEREAS, on October 19, 2020 the Court, on its own motion, continued Plaintiff's Motion to November 5, 2020, to be heard concurrently with Defendant's Motion;

4. WHEREAS, the Court's October 19, 2020 order "strongly encouraged" the Parties to "work together to resolve matters prior to" November 5, 2020;

5. WHEREAS, on October 28, 2020, the Court, on its own motion, continued Plaintiff's Motion to November 5, 2020, to be heard concurrently with Defendant's Motion;

6. WHEREAS, the Court's October 28, 2020 order "strongly encouraged" the Parties to "work together to resolve matters prior to" November 12, 2020;

7. WHEREAS, the Parties are committed to resolving as much of the disputed matters as is possible prior to the hearing date;

8. WHEREAS, the Parties agree that more time will better allow them to resolve as much of the disputed matters as is possible prior to the hearing date;

Accordingly, the Parties hereby STIPULATE and **Request the Court continue the November 12, 2020 date for the Parties' respective motions from its current date of November 12, 2020 to December 3, 2020**.

Good cause exists for this continuance as the Parties continue to work through issues related to the disputes giving rise to the Motions. For this reason, the Parties ask the Court to grant

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000   Fax" (415) 268-8180

1  the continuance as requested.

3  **IT IS SO STIPULATED.**

5  Dated: October 28, 2020                                    DE LA PEÑA & HOLIDAY, LLP

7                                                              /s/ THOMAS J. O'BRIEN
                                                               GREGORY R. DE LA PEÑA
8                                                              THOMAS J. O'BRIEN
                                                               ROBERT CARROLL III
9                                                              Attorneys for Defendants
                                                               ROBERT PETREE and HUB
10                                                             INTERNATIONAL INSURANCE
                                                               SERVICES, INC.

13  Dated: October 28, 2020                                   OGLETREE, DEAKINS, NASH,
                                                              SMOAK & STEWART, P.C.

15                                                            /s/ DANIEL E. RICHARDSON

16                                                            (as authorized on 10/28/2020)
                                                              Anthony J. DeCristoforo
17                                                            Daniel Richardson
                                                              Attorneys for Plaintiff ARTHUR J.
18                                                            GALLAGHER & CO.

24  **IT IS HEREBY ORDERED:**

25  1. That Plaintiff's MOTION to COMPEL Answers to Interrogatories and Requests for Production ("Plaintiff's Motion") be continued from November 12, 2020, to December 3, 2020.

2. That Defendant's MOTION TO COMPEL Further Response to Requests for Production of Documents and Interrogatories be continued from November 12, 2020, to December 3, 2020, to be heard concurrently with Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated:  October 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax" (415) 268-8180

194332                                4                      CASE NO. 2:18-CV-03274-JAM-KJN
JOINT STIPULATION AND ORDER TO CONTINUE THE PARTIES' RESPECTIVE MOTIONS TO COMPEL FURTHER RESPONSE TO DISCOVERY