UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., | No. 2:18–cv–3274–JAM–KJN |
| Plaintiff, | ORDER ON MOTIONS TO COMPEL |
| v. | (ECF Nos. 31, 33) |
| ROBERT PETREE, et al., | |
| Defendants. | |

On December 10, 2020, the court held a remote hearing on plaintiff's motion to compel and defendant Robert Petree's motion to compel certain discovery. (ECF Nos. 31, 33, 55.) Daniel Richardson appeared for plaintiff, and Thomas O'Brien appeared for defendant. For the reasons discussed with counsel at the hearing, the court GRANTS IN PART plaintiff's motion (ECF No. 31) and GRANTS IN PART defendant's motion (ECF No. 33), and issues the following ORDERS:

1. As to plaintiff's motion, within 30 days of the date of entry of this order, defendant Robert Petree shall produce to plaintiff:
    a. Further amended responses to plaintiff's Requests for Production of Documents, Set Two, that state unambiguously whether all responsive documents have been produced <u>and</u> whether any documents are being withheld based on any of the stated objections;
    b. For any documents or portions of documents being withheld on the basis of

1

  privilege, defendant must provide a privilege log containing enough detail that plaintiff can identify and evaluate the basis for the withholding.

2. As to defendant's motion to compel documents responsive to seven Requests for Production ("RFP") and five Interrogatories:

 a. Plaintiff's objections to RFP No. 22 are OVERRULED. Within 30 days of the date of entry of this order, plaintiff shall produce to defendant Robert Petree all documents responsive to RFP No. 22;

 b. Plaintiff's objections to RFP Nos. 21 and 23 are SUSTAINED, as the documents requested are not relevant to any defense;

 c. Plaintiff's objections to RFP Nos. 28 and 29 are OVERRULED, as the parties have reached a compromise mooting the issue in these requests;

 d. Plaintiff's objections to RFP No. 32 are SUSTAINED IN PART. Within 10 days of the date of entry of this order, the parties shall meet and confer to solidify the keywords to be used for plaintiff's production of documents responsive to this request;

 e. Plaintiff's objections to RFP No. 35 are SUSTAINED IN PART. Within 10 days of the date of entry of this order, the parties shall meet and confer to define the parameters of any search to be run on plaintiff's email server. Within 30 days of the date of entry of this order, plaintiff shall complete the agreed-upon production and provide an amended response verifying that all responsive documents have been produced;

 f. Plaintiff's objections to Interrogatory No. 3 are OVERRULED. Within 30 days of the date of entry of this order, plaintiff shall serve an amended response to this interrogatory;

 g. Plaintiff's objections to Interrogatory Nos. 6 and 9 are SUSTAINED, as the information requested is not relevant to any defense;

 h. Plaintiff's objections to Interrogatory No. 10 are SUSTAINED IN PART. Because this interrogatory relates to RFP No. 35, the same timeline applies.

1         Within 10 days of the date of entry of this order, the parties shall meet and confer to define the parameters of any search to be run on plaintiff's email server.  Within 30 days of the date of entry of this order, plaintiff shall provide an amended response to this interrogatory;

    i. Plaintiff's objections to Interrogatory No. 17 (Interrogatories, Set Two) are OVERRULED for the reasons stated at the hearing.  Within 30 days of the date of entry of this order, plaintiff shall provide an amended response to this interrogatory; and

    j. The court refrains from imposing sanctions on either party at this time.  However, further failure of the attorneys to resolve these matters may result in sanctions.

IT IS SO ORDERED.

Dated:  December 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gall.3274