1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARTHUR J. GALLAGHER & CO., | No.  2:18–cv–3274–JAM–KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | (ECF No. 61) |
| ROBERT PETREE, et al., | |
| Defendants. | |

On January 15, 2021, the court held a telephonic informal discovery conference regarding certain discovery disputes in this litigation.  Daniel Richardson participated for plaintiff, and Robert Carroll participated for defendants.  The parties submitted a joint statement regarding the dispute.  (ECF No. 61.)  For the reasons discussed with counsel at the conference, the court issues the following ORDERS:

1.  The court denies without prejudice defendants' request to compel plaintiff to run a search of its email system for {"Petree" + "Ogletree," excluding results containing "Ogletree.com"}.  If defendants discover documents that support a need for these specific search terms, the court is willing to reconsider the issue after further meet and confer between the parties;

2.  By January 29, 2021, defendants shall produce to plaintiff all non-privileged documents and material currently identified on defendants' privilege logs that has been redacted or withheld on the basis of confidentiality, privacy, or trade secrecy.  This material, as

1

1    appropriate, may be designated as "Confidential" or "Highly Confidential – Attorneys'

2    Eyes Only," pursuant to the existing blanket protective order entered in this case.  If

3    defendants wish to avoid production of specific non-privileged documents or portions of

4    documents, a narrowly-tailored motion for protective order is required;

5    3.  By 5:00 pm on January 15, 2021, defendants shall submit to the court for *in camera*

6    review the three pages of documents consisting of the "opinion memo" and the cover

7    email sent from HUB to Petree, currently being withheld on grounds of the joint

8    defense/common interest doctrine.  Defense counsel shall advise the court by 2:00 pm on

9    Tuesday, January 19, 2021, whether an opportunity for further briefing is desired on this

10   privilege issue;

11   4.  Defendants shall produce to plaintiff an updated privilege log providing more detailed

12   descriptions for any of the 25 redactions that defendants continue to reasonably believe

13   are protected under the attorney-client privilege; and

14   5.  The parties are advised that if any of the above issues require further judicial intervention,

15   the basis for seeking further relief from the court must be compelling, as sanctions against

16   one or more parties are likely to accompany further court orders.

17   IT IS SO ORDERED.

18   Dated:  January 15, 2021

19

20   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

21

22

     gall.3274

23

24

25

26

27

28

2