GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
THOMAS J. O'BRIEN (SBN 274969)
Email: tobrien@dlphlaw.com
ROBERT CARROLL III (SBN 314345)
Email: rcarroll@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
One Embarcadero Center, Suite 2860
San Francisco, CA  94111
Telephone:     (415) 268-8000
Facsimile:      (415) 268-8180

Attorneys for Defendants
ROBERT PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC.

ANTHONY J. DECRISTOFOR (SBN 166171)
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
BARAKAH M. AMARAL, SBN 298726
barakah.amaral@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:     (916) 840-3150
Facsimile:      (415) 840-3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:18-CV-03274-JAM-KJN<br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ**<br><br>**AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE DISCOVERY AND RELATED DEADLINES**<br><br>Complaint Filed:     12/27/2018<br>F.A.C. Filed:            02/06/2020<br>Trial Date:               08/09/2021 |

## JOINT STIPULATION

Plaintiff ARTHUR J. GALLAGHER & CO. ("PLAINTIFF") and Defendants ROBERT PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC. ("DEFENDANTS") (PLAINTIFF and DEFENDANTS, collectively "PARTIES"), hereby stipulate and ask the Court to Order that various deadlines in the scheduling order, entered on March 25, 2019 (ECF No. 9) and modified by this Court on February 6, 2020 (ECF No. 16) and September 24, 2020 (ECF No. 30) be continued to the dates provided below, or as soon thereafter as is convenient for the Court. Specifically, the PARTIES stipulate and request the Court order as follows:

1. That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No. 9, hereinafter "SCHEDULING ORDER") be modified to extend the deadline for discovery to October 22, 2021;

2. That the SCHEDULING ORDER be modified to extend the deadline to file a Joint Mid-Litigation Statement to October 8, 2021;

3. That the SCHEDULING ORDER be modified to extend the deadline for expert disclosure to July 26, 2021.;

4. That the SCHEDULING ORDER be modified to extend the deadline for supplemental expert disclosure and disclosure of rebuttal experts under Fed. R. Civ. Proc. 26(a)(2)(c)) to September 10, 2021;

5. That the SCHEDULING ORDER be modified to extend the deadline for filing dispositive motions to December 3, 2021, with hearing on such motions taking place on January 25, 2022 at 1:30 p.m.;

6. That the SCHEDULING ORDER be modified to extend the deadline for the filing of the joint pretrial statement to February 25, 2022;

7. That the SCHEDULING ORDER be modified to continue the pretrial conference to March 4, 2022 at 11:00 a.m.; and

8. That the SCHEDULING ORDER be modified to continue jury trial in this matter to April 18, 2022 at 9:00 a.m.

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000   Fax" (415) 268-8180

Good cause exists for the relief sought by this stipulation and proposed order. Discovery has been delayed in part due to the ongoing COVID-19 pandemic, which has made it difficult to conduct necessary depositions and obtain other discovery, and also in part due to difficulty in obtaining requested information in discovery due to the existence of voluminous records spanning more than 10 years. Additionally, parties are in ongoing discussions regarding alternative dispute resolution of this matter, and the requested relief would provide an additional opportunity for parties to explore these avenues. For these reasons, the PARTIES ask the Court to grant the relief sought in the above stipulation.

**IT IS SO STIPULATED.**

Dated: February 26, 2021            DE LA PEÑA & HOLIDAY, LLP

/S/ ROBERT CARROLL III
GREGORY R. DE LA PEÑA
THOMAS J. O'BRIEN
ROBERT CARROLL III
Attorneys for Defendants
ROBERT PETREE and HUB
INTERNATIONAL INSURANCE
SERVICES, INC.

Dated: February 25, 2021            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/S/ DANIEL E. RICHARDSON
Anthony J. DeCristoforo
Daniel Richardson
Attorneys for Plaintiff ARTHUR J. GALLAGHER & CO.

///

///

///

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax" (415) 268-8180

**IT IS SO ORDERED:**

1. That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No. 9, hereinafter "SCHEDULING ORDER") be modified to extend the deadline for discovery to October 22, 2021;

2. That the SCHEDULING ORDER be modified to extend the deadline to file a Joint Mid-Litigation Statement to October 8, 2021;

3. That the SCHEDULING ORDER be modified to extend the deadline for expert disclosure to July 26, 2021.

4. That the SCHEDULING ORDER be modified to extend the deadline for supplemental expert disclosure and disclosure of rebuttal experts under Fed. R. Civ. Proc. 26(a)(2)(c)) to September 10, 2021;

5. That the SCHEDULING ORDER be modified to extend the deadline for filing dispositive motions to December 3, 2021, with hearing on such motions taking place on January 25, 2022 at 1:30 p.m.;

6. That the SCHEDULING ORDER be modified to extend the deadline for the filing of the joint pretrial statement to February 25, 2022;

7. That the SCHEDULING ORDER be modified to continue the pretrial conference to March 4, 2022 at 11:00 a.m.;

8. That the SCHEDULING ORDER be modified to continue jury trial in this matter to April 18, 2022 at 9:00 a.m.

DATED: February 26, 2021         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE