GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
THOMAS J. O'BRIEN (SBN 274969)
Email: tobrien@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
601 Montgomery Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 268-8000
Facsimile:   (415) 268-8180

Attorneys for Defendants
ROBERT PETREE and HUB INTERNATIONAL
INSURANCE SERVICES, INC.

ANTHONY J. DECRISTOFOR (SBN 166171)
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
BARAKAH M. AMARAL, SBN 298726
barakah.amaral@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:   (916) 840-3150
Facsimile:   (415) 840-3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:18-CV-03274-JAM-KJN<br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ**<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>Complaint Filed:   12/27/2018<br>F.A.C. Filed:   02/06/2020<br>Trial Date:   04/18/2022 |

///

# JOINT STIPULATION

Plaintiff ARTHUR J. GALLAGHER & CO. ("PLAINTIFF") and Defendants ROBERT PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC. ("DEFENDANTS") (PLAINTIFF and DEFENDANTS, collectively "PARTIES"), hereby stipulate and ask the Court to Order that various deadlines in the scheduling order, entered on March 25, 2019 (ECF No. 9) and modified by this Court on February 6, 2020 (ECF No. 16) and September 24, 2020 (ECF No. 30) be continued to the dates provided below, or as soon thereafter as is convenient for the Court. Specifically, the PARTIES stipulate and request the Court order as follows:

1. That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No. 9, hereinafter "SCHEDULING ORDER") be modified as follows;
    a. That the SCHEDULING ORDER be modified to extend the deadline for the filing of the joint pretrial statement to August 5, 2022;
    b. That the SCHEDULING ORDER be modified to continue the pretrial conference to August 19, 2022 at 10:00 a.m.; and
    c. That the SCHEDULING ORDER be modified to continue jury trial in this matter to September 26, 2022 at 9:00 a.m.

Good cause exists for the relief sought by this stipulation and proposed order. Counsel for Defendants will be taking an extended leave of absence following the impending birth of his child, expected to be in late March. Preparing for trial would be difficult under such circumstances. Moreover, it would be burdensome on Defendants' counsel's family to have him traveling between San Francisco and Sacramento during trial. Additionally, the parties believe the Court's pending decision on Defendants' Motion for Summary Judgment will prove instructive in trial preparation and alternative dispute resolution.

For these reasons, the PARTIES ask the Court to grant the relief sought in the above stipulation.

**IT IS SO STIPULATED.**

///

///

DE LA PEÑA & HOLIDAY LLP
601 Montgomery Street, Suite 700
San Francisco, CA 94111
Tel. (415) 268-8000 Fax" (415) 268-8180

Dated: February 23, 2022                                         DE LA PEÑA & HOLIDAY, LLP

/S/ THOMAS J. O'BRIEN
GREGORY R. DE LA PEÑA
THOMAS J. O'BRIEN
Attorneys for Defendants
ROBERT PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC.

Dated: February 23, 2022                                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/S/ ANTHONY DECRISTOFORO
Anthony J. DeCristoforo
Daniel Richardson
Attorneys for Plaintiff ARTHUR J. GALLAGHER & CO.

**IT IS SO ORDERED:**

1. That the March 25, 2019 STATUS (Pre-Trial Scheduling) ORDER (ECF No. 9, hereinafter "SCHEDULING ORDER") be modified as follows:

   a. That the SCHEDULING ORDER be modified to extend the deadline for the filing of the joint pretrial statement to August 5, 2022;

   b. That the SCHEDULING ORDER be modified to continue the pretrial conference to August 19, 2022 at 10:00 a.m.; and

   c. That the SCHEDULING ORDER be modified to continue jury trial in this matter to September 26, 2022 at 9:00 a.m.

Dated:  February 23, 2022                            /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE