GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
THOMAS J. O'BRIEN (SBN 274969)
Email: tobrien@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
601 Montgomery Street, Suite 700
San Francisco, CA  94111
Telephone:    (415) 268-8000
Facsimile:     (415) 268-8180

Attorneys for Defendants
ROBERT PETREE and HUB INTERNATIONAL
INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:18-CV-03274-JAM-KJN<br><br>**ASSIGNED TO THE HONORABLE JOHN A. MENDEZ**<br><br>**STIPULATION TO SEAL ECF DOCKET NO. 112; ORDER**<br><br>Complaint Filed:   12/27/2018<br>F.A.C. Filed:          02/06/2020<br>Trial Date:            09/26/2022 |

IT IS HEREBY STIPULATED, by and between Plaintiff ARTHUR J. GALLAGHER & CO., and Defendants ROBERT PETREE AND HUB INTERNATIONAL INSURANCE SERVICES, INC., by and through their respective attorneys of record, as follows:

WHEREAS, Defendants ROBERT PETREE AND HUB INTERNATIONAL INSURANCE SERVICES, INC. erroneously filed a Supplemental Expert Witness Disclosure on July 19, 2022 ("Supplemental Disclosure") (ECF No. 112).  The Supplemental Disclosure contained the parties' private financial documents.

WHEREAS, this filing was made in error.

Plaintiff ARTHUR J. GALLAGHER & CO., and Defendants ROBERT PETREE AND HUB INTERNATIONAL INSURANCE SERVICES, INC. hereby agree that Defendants'

Supplemental Disclosure, ECF #112, should be sealed to protect the confidentiality of the parties' private financial documents.

**IT IS SO STIPULATED**.

Dated: July 19, 2022                                                DE LA PEÑA & HOLIDAY, LLP

/s/ GREGORY R. DE LA PEÑA
GREGORY R. DE LA PEÑA
THOMAS J. O'BRIEN
Attorneys for Defendants
ROBERT PETREE and HUB
INTERNATIONAL INSURANCE
SERVICES, INC.

Dated: July 19, 2022                                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Daniel E. Richardson
ANTHONY J. DE CRISTOFORO
DANIEL E. RICHARDSON
Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

### ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby seals ECF Docket No. 112 in this matter. The clerk of this Court is hereby directed to seal the document.

**IT IS SO ORDERED**.

Dated:  July 20, 2022              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

DE LA PEÑA & HOLIDAY LLP
601 Montgomery Street, Suite 700
San Francisco, CA 94111
Tel. (415) 268-8000  Fax" (415) 268-8180