ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916.840.3150
Facsimile:     916.840.3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,<br><br>  Plaintiff,<br><br>    vs.<br><br>ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. 2:18-cv-03274-JAM-KJN<br><br>**STIPULATION TO SEAL ECF DOCKET NO. 115-5; ORDER**<br><br><br>FAC:            February 6, 2020<br><br>TRIAL DATE:  September 26, 2022 |

IT IS HEREBY STIPULATED, by and between Plaintiff ARTHUR J. GALLAGHER & CO., and Defendants ROBERT PETREE AND HUB INTERNATIONAL INSURANCE SERVICES, INC., by and through their respective attorneys of record, as follows:

WHEREAS, Plaintiff ARTHUR J. GALLAGHER & CO., erroneously included its expert's Fourth Supplemental Expert Report as an unsealed attachment to the parties' Joint Pretrial Statement filed on August 5, 2022 ("Expert Report") (ECF No. 115-5). The Expert Report contained the parties' private financial information.

Plaintiff ARTHUR J. GALLAGHER & CO., and Defendants ROBERT PETREE AND HUB INTERNATIONAL INSURANCE SERVICES, INC. hereby agree that Plaintiff's Expert Report, ECF No. 115-5, should be sealed to protect the confidentiality of the parties' private financial documents.

**IT IS SO STIPULATED**.

Dated: August 9, 2022                          DE LA PEÑA & HOLIDAY, LLP


/s/ Thomas J. O'Brien
GREGORY R. DE LA PEÑA
THOMAS J. O'BRIEN
Attorneys for Defendants
ROBERT PETREE and HUB
INTERNATIONAL INSURANCE
SERVICES, INC.


Dated: August 9, 2022                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


/s/ Daniel E. Richardson
ANTHONY J. DE CRISTOFORO
DANIEL E. RICHARDSON
Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: August 9, 2022                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Daniel E. Richardson
Anthony J. DeCristoforo
Daniel E. Richardson

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby seals ECF Docket No. 115-5 in this matter. The clerk of this Court is hereby directed to seal the document.

**IT IS SO ORDERED**.


DATED: August 9, 2022                              /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE