ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
DANIEL E. RICHARDSON, SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916.840.3150
Facsimile:      916.840.3159

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

GREGORY R. DE LA PEÑA (SBN 126626)
Email: gdelapena@dlphlaw.com
THOMAS J. O'BRIEN (SBN 274969)
Email: tobrien@dlphlaw.com
DE LA PEÑA & HOLIDAY LLP
601 Montgomery Street, Suite 700
San Francisco, California  94111
Telephone:     (415) 268-8000
Facsimile:      (415) 268-8180

Attorneys for Defendant
ROBERT PETREE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., | Case No. 2:18-cv-03274-JAM-KJN |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |
| vs. | |
| ROBERT PETREE, HUB INTERNATIONAL INSURANCE SERVICES, INC. and DOES 1-25, inclusive, | |
| Defendants. | FAC:                  February 6, 2020 |
| | TRIAL DATE:  September 26, 2022 |

Pursuant to Civil Local Rules 143(a)(1) and 144(a), Plaintiff ARTHUR J. GALLAGHER & CO. ("Plaintiff"), and Defendants ROBERT PETREE and HUB INTERNATIONAL INSURANCE SERVICES, INC. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed its First Amended Complaint ("Complaint") on February 6, 2020;

WHEREAS, the Parties have reached a settlement and filed a Notice of Settlement on August 26, 2022 (ECF No. 120);

WHEREAS, on August 26, 2022, this Court ordered the Parties to file dispositional documents within twenty-one (21) days of the Notice of Settlement in accordance with the provisions of Local Rule 160;

WHEREAS, the Parties require additional time to finalize the terms of the settlement agreement;

WHEREAS, Local Rule 160(b) provides that the Court may, on good cause shown, extend the deadline for filing dispositional papers.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; ORDER

NOW, THEREFORE, the Parties hereby stipulate and request the Court to extend the deadline for the Parties to file dispositional documents by 45 days from September 16, 2022 to October 31, 2022. Good cause exists to extend the deadline for filing the dispositional papers to allow the Parties additional time to finalize their settlement agreement to resolve this action.

**IT IS SO STIPULATED**.

Dated: September 15, 2022                     DE LA PEÑA & HOLIDAY, LLP


                                              /s/ Thomas J. O'Brien
                                              GREGORY R. DE LA PEÑA
                                              THOMAS J. O'BRIEN
                                              Attorneys for Defendants
                                              ROBERT PETREE and HUB
                                              INTERNATIONAL INSURANCE
                                              SERVICES, INC.


Dated: September 15, 2022                     OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.


                                              /s/ Daniel E. Richardson
                                              ANTHONY J. DE CRISTOFORO
                                              DANIEL E. RICHARDSON
                                              Attorneys for Plaintiff
                                              ARTHUR J. GALLAGHER & CO.

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED:  September 15, 2022                    OGLETREE, DEAKINS, NASH, SMOAK &
                                              STEWART, P.C.


                                              By:  /s/ Daniel E. Richardson
                                                   Anthony J. DeCristoforo
                                                   Daniel E. Richardson

                                                   Attorneys for Plaintiff
                                                   ARTHUR J. GALLAGHER & CO.

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby orders the deadline for the Parties to file documents disposing of this action be extended by 45 days to October 31, 2022

**IT IS SO ORDERED**.

DATED:  September 15, 2022

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE